IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JENNIFER GREEN PARKER; AND
SIDNEY PARKER                                                                                          PLAINTIFFS

V.                                                  CIVIL ACTION NO.: 3:20-cv-53-TSL-RHW

CHARLES LATHAM & SON, L.P.; AND
CHARLES LATHAM, INDIVIDUALLY                                                       DEFENDANTS

## PLAINTIFF'S MOTION TO DISMISS

COMES NOW Plaintiffs by and through counsel, and respectfully submits their Motion to Dismiss. In support thereof, Plaintiffs would show unto the Court the following:

1. On January 29, 2020, Plaintiffs filed their Complaint alleging sexual Harassment, retaliation and failure to pay wages by Defendants. [Doc. 1].

2. On March 30, 2020, Defendants filed their Answer, and asserted a counterclaim for defamation. [Doc. 6 at p. 9].

3. For the reasons explained in Plaintiff's separate memorandum, Defendant Yarber's counterclaim for defamation should be dismissed.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully requests that the Plaintiffs' Motion to Dismiss be granted.

Respectfully submitted,

BY: /s Nick Norris
NICK NORRIS MB #101574
Attorney for Plaintiffs

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive
Suite G
Jackson, MS 39216
Phone:      (601) 968-0000
Fax:          (601) 968-0010
nick@watsonnorris.com

# CERTIFICATE OF SERVICE

I, Nick Norris,   attorney for Plaintiffs do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, on all counsel of record.

SO CERTIFIED, this the 17th day of April 2020.

/s Nick Norris

NICK NORRIS