```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION
```

JENNIFER GREEN PARKER; AND

SIDNEY PARKER                                            PLAINTIFFS

v.                              CIVIL ACTION NO. 3:20-cv-53-DCB-RPM

CHARLES LATHAM & SONS, L.P.; AND

CHARLES LATHAM, INDIVIDUALLY;                            DEFENDANTS

ORDER

      This matter is before the Court on the plaintiffs' Motion to Dismiss **[ECF No. 8],** which was filed on April 7, 2020. In their motion, the plaintiffs ask this Court to dismiss the counterclaim for defamation that was asserted by the defendants in their Answer, Affirmative Defenses and Counter-Complaint (the "Answer") **[ECF No. 6]**. On September 22, 2020, the defendants informed the Court by letter that they do not intend to oppose the Motion to Dismiss. Having carefully considered the motion and the plaintiffs' memorandum brief, the defendants' responsive letter, and applicable law, and being fully advised in the premises, the Court finds that the plaintiffs' motion to dismiss the counterclaim in the defendants' Answer is well-taken and should be granted.

      Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion to Dismiss **[ECF No. 8]** is GRANTED.

SO ORDERED, this the 24th day of September, 2020.

/s/ David Bramlette_____

UNITED STATES DISTRICT JUDGE